FILED BY **KS** D.C.

**Nov 2, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## 21-20549-CR-GAYLES/TORRES

Case No. _____

21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

**CELSO ALBERTO DUBON-CALVILLO,**
     a/k/a "Esteban Castillo,"

**Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

Beginning in or around January 2010, the exact date being unknown to the Grand Jury, and continuing until the date of the return of this Indictment, in the countries of Colombia, Guatemala, Honduras, Costa Rica, Mexico and elsewhere, the defendant,

### CELSO ALBERTO DUBON-CALVILLO,
### a/k/a "Esteban Castillo,"

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant **CELSO ALBERTO DUBON-CALVILLO, a/k/a "Esteban Castillo,"** has an interest.

2.      Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property which the defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853, as made applicable by Title 21, United States Code, Section 970.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO._____

v.

CELSO ALBERTO DUBON-CALVILLO,
a/k/a "Esteban Castillo,"

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

_____ Defendant/

New defendant(s)  ☐ Yes  ☐ No
Number of new defendants  _____
Total number of counts  _____

**Court Division:** (Select One)

☑ Miami  ☐ Key West  ☐ FTL
☐ WPB  ☐ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **Yes**_____
   List language and/or dialect  Spanish_____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | ☑ | Petty | | ☐ |
| II | 6 to 10 days | ☐ | Minor | | ☐ |
| III | 11 to 20 days | ☐ | Misdemeanor | | ☐ |
| IV | 21 to 60 days | ☐ | Felony | | ☑ |
| V | 61 days and over | ☐ | | | |

6. Has this case previously been filed in this District Court? (Yes or No) **No**_____

   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**_____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**_____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**_____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**_____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**_____

_____
WALTER M. NORKIN
Assistant United States Attorney
Court ID No.    A5502189

*Penalty Sheet(s) attached

REV 3/19/21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## <u>PENALTY SHEET</u>

**Defendant's Name:** CELSO ALBERTO DUBON-CALVILLO, a/k/a "Esteban Castillo"

**Case No:**

Count #:  1

Conspiracy to distribute five (5) kilograms of cocaine knowing it would be imported into the United States

Title 21, United States Code, Section 963

*Max. Penalty:  Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.